# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131463

DETROIT FIREFIGHTERS ASSOCIATION,
I.A.F.F. LOCAL 344,
      Plaintiff-Appellee,

v

                                SC: 131463
                                COA: 266654
                                Wayne CC: 05-526691-CL

CITY OF DETROIT,
      Defendant-Appellant.

_____/

      On order of the Court, on the Court's own motion, we direct the Clerk to set this case for reargument in the November 2007 Session. Arguments should address the issues identified in this Court's June 15, 2007 order, and the parties will be limited to 15 minutes per side. Following the arguments by the parties, *amici curiae* Michigan Municipal League/Michigan Association of Counties and Michigan State AFL-CIO shall be permitted oral argument of 10 minutes each.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

Clerk